BEFORE THE SECOND DIVISION, DECEMBER 31, 1963

**No. 68203.**—Castelazo & Associates and Hollywood Radio & Television Institute et al. *v.* United States, protests 62/19767, etc. (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of volt-ohm-milliampere meters similar in all material respects to those the subject of *United States* v. *G. L. Electronics, Inc., Arrow Sales, Inc.* (49 CCPA 111, C.A.D. 804), the claim of the plaintiffs was sustained.